IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOMOS CORPORATION,                :
                                  :
        Plaintiff,                :
                                  :
    v.                            : Civil Action No. 98-788 JJF
                                  :
BRAINLAB USA, INC.,               :
                                  :
        Defendant.                :

**O R D E R**

WHEREAS, Plaintiff NOMOS Corporation ("NOMOS") filed a Motion For In Camera Review Of Infringement Opinion And For An Order Protecting The Opinion From Disclosure (D.I. 132) seeking in camera review of its pre-litigation opinion of counsel and a protective order;

WHEREAS, the Court was able to decide the Renewed Motion To Have This Case Declared Exceptional Under 35 U.S.C. § 285 (D.I. 127) without considering NOMOS's opinion of counsel;

NOW THEREFORE, IT IS HEREBY ORDERED THAT the Motion For In Camera Review Of Infringement Opinion And For An Order Protecting The Opinion From Disclosure (D.I. 132) filed by Plaintiff NOMOS is **DENIED** as moot.

March 8, 2005
DATE

UNITED STATES DISTRICT JUDGE