CLOSED, PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:98-cv-00788-JJF
### Internal Use Only

| | |
|---|---|
| Nomos Corporation v. BrainLAB USA Inc., et al | Date Filed: 12/30/1998 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Jury Demand: Defendant |
| Demand: $0 | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Nomos Corporation**                represented by **Harold Pezzner**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: hp@cblhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BrainLAB USA Inc.**                represented by **Maryellen Noreika**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: menefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew B. Lehr**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*TERMINATED: 04/25/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**BrainLAB USA Inc.**                    represented by **Matthew B. Lehr**
(See above for address)
*TERMINATED: 04/25/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maryellen Noreika**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Nomos Corporation**                    represented by **Harold Pezzner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BrainLAB Inc.**                    represented by **Maryellen Noreika**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**BrainLAB USA Inc.**                    represented by **Maryellen Noreika**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew B. Lehr**
(See above for address)
*TERMINATED: 04/25/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**BrainLAB Inc.**                    represented by **Maryellen Noreika**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Nomos Corporation**                    represented by **Harold Pezzner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| 03/23/2000 | 33 | CERTIFICATE OF SERVICE by BrainLAB USA Inc. RE: Dft's response to pltf's 2nd requests for admission. (sm) (Entered: 03/27/2000) |
| 04/11/2000 | 34 | CERTIFICATE OF SERVICE by Nomos Corporation RE: Pltf's objections and responses to dft's 2nd set of discovery requests. (sm) (Entered: 04/12/2000) |
| 04/11/2000 | 35 | CERTIFICATE OF SERVICE by Nomos Corporation RE: Pltf's suppl. response to interrog. no. 14 of dft's 1st set of discovery requests. (sm) (Entered: 04/12/2000) |
| 04/12/2000 | 36 | MEMORANDUM ORDER that the Pltf's Motion to Compel (D.I. 27) is DENIED. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 04/13/2000) |
| 04/25/2000 | 37 | **Terminated attorney Matthew B. Lehr for BrainLAB USA Inc., Notice of attorney appearance for BrainLAB USA Inc. by Maryellen Noreika (sm) (Entered: 05/02/2000) |
| 05/04/2000 | 38 | UNOPPOSED MOTION by Nomos Corporation with Proposed Order to Extend the Deadline to Add Parties and For Leave to File and Serve An Amended Complaint Adding BrainLab, Inc. as a Defendant re: [38-1] motion (sm) (Entered: 05/09/2000) |
| 05/04/2000 | 39 | MEMORANDUM IN SUPPORT Filed by Nomos Corporation [38-1] motion to Extend the Deadline to Add Parties and For Leave to File and Serve An Amended Complaint Adding BrainLab, Inc. as a Defendant (Exhibit A is a Sealed Exhibit and docketed under separate cover) (sm) (Entered: 05/09/2000) |
| 05/04/2000 | 40 | EXHIBIT A to Pltf's Memorandum in Support Filed by Nomos Corporation Appending [39-1] opening brief (SEALED) (sm) (Entered: 05/09/2000) |
| 05/10/2000 | | So Ordered GRANTING [38-1] motion to Extend the Deadline to Add Parties and For Leave to File and Serve An Amended Complaint Adding BrainLab, Inc. as a Defendant ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 05/12/2000) |
| 05/16/2000 | 41 | FIRST AMENDED COMPLAINT by Nomos Corporation , (Answer due 5/26/00 for BrainLAB USA Inc. ) amending [1-1] complaint against BrainLAB Inc. (sm) (Entered: 05/16/2000) |
| 05/16/2000 | | No Summons issued for BrainLAB Inc. (sm) (Entered: 05/16/2000) |
| 05/26/2000 | 42 | ANSWER by BrainLAB USA Inc., BrainLAB Inc. (Attorney Maryellen Noreika) to first amended complaint (sm) (Entered: 05/30/2000) |
| 05/26/2000 | 42 | COUNTERCLAIM by BrainLAB USA Inc., BrainLAB Inc. against Nomos Corporation (sm) (Entered: 05/30/2000) |
| 06/12/2000 | 43 | REPLY by Nomos Corporation to [42-1] counterclaim (sm) (Entered: 06/13/2000) |
| 08/08/2000 | 44 | CERTIFICATE OF SERVICE by BrainLAB USA Inc., BrainLAB Inc. |

| | | |
|---|---|---|
| | | RE: Dfts' notice of deposition of pltf's experts: Dr. Steven R. Eisenbarth, Mr. Howard W. Bremer and Dr. Mark P. Carol. (sm) (Entered: 08/11/2000) |
| 09/08/2000 | 45 | MOTION by Nomos Corporation for Partial Summary Judgment Against Defendants, BrainLAB, Inc. and BrainLAB USA, Inc., on Their Affirmative Defense of Patent Invalidity Answer Brief due 9/22/00 re: [45-1] motion (sm) (Entered: 09/12/2000) |
| 09/08/2000 | 46 | BRIEF IN SUPPORT Filed by Nomos Corporation [45-1] motion for Partial Summary Judgment Against Defendants, BrainLAB, Inc. and BrainLAB USA, Inc., on Their Affirmative Defense of Patent Invalidity (SEALED) (sm) Modified on 09/15/2000 (Entered: 09/12/2000) |
| 09/08/2000 | 47 | MOTION by BrainLAB USA Inc., BrainLAB Inc. for Summary Judgment Answer Brief due 9/22/00 re: [47-1] motion (sm) (Entered: 09/12/2000) |
| 09/08/2000 | 48 | BRIEF IN SUPPORT Filed by BrainLAB USA Inc., BrainLAB Inc. [47-1] motion for Summary Judgment (SEALED) (sm) (Entered: 09/12/2000) |
| 09/19/2000 | 49 | STIPULATION with proposed order that the time for pltf. to respond to dfts' motion for summary judgment and the time for dfts' to respond to pltf's motion for partial summary judgment against dfts' BrainLab, Inc. and BrainLab USA, Inc. on their affirmative defense of patent invalidity is extended to 9/29/00. (sm) (Entered: 09/21/2000) |
| 09/22/2000 | | So Ordered GRANTING [49-1] stipulation reset Answer Brief Deadline to 9/29/00 re: [47-1] motion for Summary Judgment, 9/29/00 re: [45-1] motion for Partial Summary Judgment Against Defendants, BrainLAB, Inc. and BrainLAB USA, Inc., on Their Affirmative Defense of Patent Invalidity ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 09/25/2000) |
| 09/29/2000 | 50 | OPPOSITION Filed by Nomos Corporation [47-1] motion for Summary Judgment - Reply Brief due 10/6/00 (SEALED) (sm) (Entered: 10/11/2000) |
| 09/29/2000 | 51 | BRIEF IN OPPOSITION Filed by BrainLAB USA Inc., BrainLAB Inc. [45-1] motion for Partial Summary Judgment Against Defendants, BrainLAB, Inc. and BrainLAB USA, Inc., on Their Affirmative Defense of Patent Invalidity - Reply Brief due 10/6/00 (sm) (Entered: 10/11/2000) |
| 10/05/2000 | 52 | Stipulated Brief Schedule Filed [47-1] motion for Summary Judgment, [45-1] motion for Partial Summary Judgment Against Defendants, BrainLAB, Inc. and BrainLAB USA, Inc., on Their Affirmative Defense of Patent Invalidity as follows: Pltf's reply brief to their partial summary judgment motion and Dfts' reply brief to their summary judgment motion is extended to 10/16/00. . (sm) (Entered: 10/12/2000) |
| 10/13/2000 | | So Ordered Stipulated Brief Schedule re: [47-1] motion for Summary Judgment Reply Brief due 10/16/00, [45-1] motion for Partial Summary Judgment Against Defendants, BrainLAB, Inc. and BrainLAB USA, Inc., |

| | | |
|---|---|---|
| | | on Their Affirmative Defense of Patent Invalidity Reply Brief due 10/16/00 ( signed by Judge Joseph J. Farnan Jr. ) (sm) (Entered: 10/17/2000) |
| 10/16/2000 | 53 | SEALED REPLY BRIEF Filed by Nomos Corporation [45-1] motion for Partial Summary Judgment Against Defendants, BrainLAB, Inc. and BrainLAB USA, Inc., on Their Affirmative Defense of Patent Invalidity (sm) Modified on 7/27/2006 (rpg, ). (Entered: 10/17/2000) |
| 10/17/2000 | 54 | REPLY BRIEF Filed by BrainLAB USA Inc., BrainLAB Inc. [47-1] motion for Summary Judgment (SEALED) (sm) (Entered: 10/18/2000) |
| 11/03/2000 | | **Terminated deadlines, past due deadlines (sm) (Entered: 11/03/2000) |
| 11/13/2000 | 55 | MOTION by Nomos Corporation in Limine to Exclude Evidence of Opinions of Counsel Regarding the '026 Patent Answer Brief due 11/27/00 re: [55-1] motion (sm) (Entered: 11/14/2000) |
| 11/13/2000 | 56 | BRIEF IN SUPPORT Filed by Nomos Corporation [55-1] motion in Limine to Exclude Evidence of Opinions of Counsel Regarding the '026 Patent (sm) (Entered: 11/14/2000) |
| 11/13/2000 | 57 | Proposed pre-trial order filed by Nomos Corporation, BrainLAB USA Inc., BrainLAB Inc. (sm) (Entered: 11/14/2000) |
| 11/13/2000 | 58 | Proposed Jury Voir Dire questions by Nomos Corporation (sm) (Entered: 11/14/2000) |
| 11/13/2000 | 59 | Proposed Introductory Jury instructions by Nomos Corporation (sm) (Entered: 11/14/2000) |
| 11/13/2000 | 60 | Proposed Jury instructions by Nomos Corporation (sm) (Entered: 11/14/2000) |
| 11/13/2000 | 61 | Proposed Special Interrogatories filed by Nomos Corporation (sm) (Entered: 11/14/2000) |
| 11/14/2000 | 62 | Proposed Preliminary Jury instructions by BrainLAB USA Inc., BrainLAB Inc. (sm) (Entered: 11/27/2000) |
| 11/14/2000 | 63 | Proposed Jury instructions by BrainLAB USA Inc., BrainLAB Inc. (sm) (Entered: 11/27/2000) |
| 11/16/2000 | | Deadline updated; reset Pretrial Conference for 11:30 12/18/00 per calendar notice. (sm) (Entered: 11/27/2000) |
| 11/27/2000 | 64 | BRIEF IN OPPOSITION Filed by BrainLAB USA Inc., BrainLAB Inc. [55-1] motion in Limine to Exclude Evidence of Opinions of Counsel Regarding the '026 Patent - Reply Brief due 12/4/00 (sm) (Entered: 11/30/2000) |
| 11/29/2000 | 65 | Letter to the Clerk of the Court dated 11/29/00 by Maryellen Noreika, Esq. RE: Enclosed Tab A to Dfts' Brief in Opposition to Pltf's Motion in Limine to Exclude Evidence of Opinions of Counsel filed 11/27/00. (sm) (Entered: 12/04/2000) |

| | | |
|---|---|---|
| 11/29/2000 | 66 | TAB A to Brief Filed by BrainLAB USA Inc., BrainLAB Inc. Appending [64-1] answer brief (SEALED) (sm) (Entered: 12/04/2000) |
| 12/05/2000 | 67 | REPLY BRIEF Filed by Nomos Corporation [55-1] motion in Limine to Exclude Evidence of Opinions of Counsel Regarding the '026 Patent (sm) (Entered: 12/08/2000) |
| 12/13/2000 | 68 | Proposed amended pre-trial order filed by Nomos Corporation, BrainLAB USA Inc., BrainLAB Inc. (sm) (Entered: 12/14/2000) |
| 12/18/2000 | | So Ordered [68-1] pretrial order ( signed by Judge Joseph J. Farnan Jr. ) (sm) (Entered: 12/20/2000) |
| 12/18/2000 | | Pre-trial conference held (Farnan, J), Heather/Hawkins; A Markman Hearing has been scheduled for 1/16/01 at 11:00 a.m. for 2 hours. Any briefs shall be filed by 1/12/01. Trial is scheduled for 2/12/01 at 9:00 a.m. The Court to issue order. (sm) (Entered: 12/20/2000) |
| 12/18/2000 | | Deadline updated; set Markman Hearing for 11:00 1/16/01 , reset Jury Trial for 9:00 2/12/01 per calendar notice. (sm) (Entered: 12/20/2000) |
| 01/03/2001 | 69 | MOTION by BrainLAB USA Inc., BrainLAB Inc. with proposed order for Thomas H. Shunk, Esq. to Appear Pro Hac Vice re: [69-1] motion (sm) (Entered: 01/04/2001) |
| 01/03/2001 | 70 | Letter to the Court dated 1/3/01 by Harold Pezzner, Esq. RE: Pltf. requests the trial date be postponed until April. Dfts. do not oppose. (sm) (Entered: 01/04/2001) |
| 01/05/2001 | | So Ordered GRANTING [69-1] motion for Thomas H. Shunk, Esq. to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 01/08/2001) |
| 01/05/2001 | 71 | MOTION by BrainLAB USA Inc., BrainLAB Inc. with Proposed Order for John J. Del Col, Esq. to Appear Pro Hac Vice re: [71-1] motion (sm) (Entered: 01/08/2001) |
| 01/05/2001 | 72 | MOTION by BrainLAB USA Inc., BrainLAB Inc. with Proposed Order for Todd R. Tucker, Esq. to Appear Pro Hac Vice re: [72-1] motion (sm) (Entered: 01/08/2001) |
| 01/05/2001 | 73 | MOTIONS by Nomos Corporation with Proposed Order in Limine Answer Brief due 1/19/01 re: [73-1] motion (sm) (Entered: 01/08/2001) |
| 01/05/2001 | 74 | MOTION by BrainLAB USA Inc., BrainLAB Inc. with Proposed Order in Limine Answer Brief due 1/19/01 re: [74-1] motion (sm) (Entered: 01/08/2001) |
| 01/05/2001 | 75 | COMPREHENSIVE Motion In Limine To Exclude Evidence Filed by BrainLAB USA Inc., BrainLAB Inc. [74-1] motion in Limine (SEALED) (sm) (Entered: 01/08/2001) |
| 01/08/2001 | | So Ordered GRANTING [71-1] motion for John J. Del Col, Esq. to Appear Pro Hac Vice, GRANTING [72-1] motion for Todd R. Tucker, Esq. to Appear Pro Hac Vice ( signed by Judge Joseph J. Farnan Jr. ) |

| | | |
|---|---|---|
| | | Notice to all parties. (sm) (Entered: 01/08/2001) |
| 01/09/2001 | 76 | Letter to the Clerk of the Court dated 1/8/01 by Jay R. Campbell, Esq. RE: Enclosed letter to the Court for filing by dft. BrainLAB. (sm) (Entered: 01/09/2001) |
| 01/09/2001 | 77 | Letter to the Court dated 1/8/01 by Jay R. Campbell, Esq. RE: Dfts. BrainLAB requests permission to add a number of exhibits to the Amended Pretrial Order filed 12/13/00 and entered on 12/20/00. (Dfts' supplemental exhibit list is attached to this letter). (sm) (Entered: 01/09/2001) |
| 01/12/2001 | 78 | OPPOSITION Filed by Nomos Corporation [74-1] motion in Limine - Reply Brief due 1/19/01 (sm) (Entered: 01/12/2001) |
| 01/12/2001 | 79 | Declaration of Steven R. Eisenbarth (sm) (Entered: 01/12/2001) |
| 01/12/2001 | 80 | BRIEF IN SUPPORT Of Its Proposed Construction of the Claims of U.S. Patent No. 5,411,026 by Nomos Corporation (sm) (Entered: 01/12/2001) |
| 01/12/2001 | 81 | OPPPOSITION Filed by BrainLAB USA Inc., BrainLAB Inc. [73-1] motion in Limine - Reply Brief due 1/19/01 (SEALED) (sm) (Entered: 01/12/2001) |
| 01/12/2001 | 82 | CLAIM CONSTRUCTION BRIEF by BrainLAB USA Inc., BrainLAB Inc. (SEALED) (sm) (Entered: 01/12/2001) |
| 01/16/2001 | | Markman Hearing held (Farnan, J), B. Gaffigan, rptr; Pltf. may submit hearing exhibits and objection to dfts. exhibits by 1/19/01. Memorandum Order to be issued. (sm) (Entered: 01/16/2001) |
| 01/16/2001 | | **Terminated deadlines, Jury Trial on 2/12/01 at 9:00 a.m. per calendar notice. (sm) (Entered: 01/16/2001) |
| 01/17/2001 | 83 | Steno Notes for 1/16/01 Markman Hearing, B. Gaffigan, rptr. (sm) (Entered: 01/18/2001) |
| 01/24/2001 | 84 | TRANSCRIPT filed [0-0] Markman hearing for dates of 1/16/01, B. Gaffigan, rptr. (sm) (Entered: 01/24/2001) |
| 04/23/2001 | 85 | Letter to the Clerk of the Court dated 4/19/01 by John J. Del Col, Esq. RE: Dft's enclosed letter to the Court. (sm) (Entered: 04/24/2001) |
| 04/23/2001 | 86 | Letter to the Court dated 4/19/01 by Jay R. Campbell, Esq. RE: Dfts' proposed order dismissing certain patent claims as requested by the Court at the Pretrial Conference on 12/18/00. (sm) (Entered: 04/24/2001) |
| 04/25/2001 | 87 | Letter to the Court dated 4/25/01 by Harold Pezzner, Esq. RE: Pltf's response to dfts' letter to the Court dated 4/19/01 concerning a proposed order dismissing certain claims. (sm) (Entered: 04/27/2001) |
| 05/01/2001 | 88 | ORDER that Dfts' Motion to Dismiss Claims 3, 9-13, 16 and 18-20 of U.S. Patent 5,411,026, with prejudice is GRANTED. ( signed by Judge Joseph J. Farnan Jr. ) copies to: counsel (sm) (Entered: 05/04/2001) |
| | | |

| | | |
|---|---|---|
| 06/13/2002 | 98 | Answer Brief Filed by Nomos Corporation in opposition to [95-1] motion for Summary Judgment - Reply Brief due 6/20/02. (SEALED) (rwc) (Entered: 06/14/2002) |
| 06/24/2002 | 99 | Reply Brief Filed by BrainLAB USA Inc., BrainLAB Inc., in support of [95-1] motion for Summary Judgment (rwc) (Entered: 06/25/2002) |
| 07/09/2002 | 100 | Letter dated 7/9/02 to Judge Farnan by Harold Pezzner on behalf of Pltf enclosing Memorandum and Order from USDC/MA as supplement to, and in support of Pltf's Answer Brief [DI #98]. (rwc) (Entered: 07/10/2002) |
| 07/23/2002 | 101 | Letter dated 7/23/02 to Judge Farnan by Maryellen Noreika on behalf of BrainLAB and in response to Letter [DI #100]. BrainLAB contends that USDC/MA opinion (attached) does not justify reconsideration of prior claim construction order. (rwc) (Entered: 07/23/2002) |
| 08/30/2002 | 102 | Letter to Judge Farnan dated 08/30/02 from Harold Pezzner representing the Pltf re: attached copy of on 08/26/02 Judge Lasker modified Memorandum and Order (afb) (Entered: 09/10/2002) |
| 09/03/2002 | 103 | Letter to the Clerk of Court dated 9/3/02 by Maryellen Noreika, Esq. RE: enclosed signed version of Declaration of Stephan Froehlich to be substituted. (dlk) (Entered: 09/13/2002) |
| 12/04/2002 | 104 | Letter to Judge Farnan dated 12/04/02 from Maryellen Noreika representing defts. re: Pltf. submitted a claim construction decision (DI #100) by the U.S. District Court for the District of Massachusetts in litigation pending between NOMOS and ZMED, an entity unrelated to Deft., concerning the patent that is at issue in this case. To ensure Court has a complete picture of the proceedings in the ZMED case, wish to bring Court's attention to a further decision in which the ZMED court granted summary judgment that ZMED's commercial SonARray system did not infringe the NOMOS patent (attached). The argument of infringement made by Pltfs. in the case before the Court was thus rejected by the Massacheusetts Court in the ZMED case. BrainLAB asks that the Massacheusetts Court's decision on summary judgment also be reviewed. (afb) (Entered: 12/09/2002) |
| 01/10/2003 | 105 | MEMORANDUM OPINION re: Court will grant BrainLAB's Motion for Summary Judgment (DI #95) and enter a judgment of noninfringement in favor of BrainLAB on independent Claims 1 of 6 of the '026 Patent and dependent Claims 2, 4, 5, 7, 8, 14, 15, and 19 of the '026 Patent. An appropriate Order will be entered. ( signed by Judge Joseph J. Farnan Jr. ) copies to: cnsl. (afb) (Entered: 01/13/2003) |
| 01/10/2003 | | Case closed per DI #106. (afb) (Entered: 01/15/2003) |
| 01/14/2003 | 106 | ORDER (1) granting [95-1] motion for Summary Judgment; (2) Judgment of noninfringement is entered infavor of Defts. and against Pltf. on Pltf.'s claims of infringement of independent Claims 1 and 6 and dependent Claims 2, 4, 5, 7, 8, 14, 15, and 19 of the United States Patent No. 5,411,026.( signed by Judge Joseph J. Farnan Jr. ) copies to: cnsl. |

| 03/26/2003 | 114 | Opening Brief Filed by BrainLAB USA Inc., BrainLAB Inc. in supp. of [113-1] motion to have this Case Declared Exceptional under 35 U.S.C. 285 - Answer Brief due 4/9/03. (afb) (Entered: 03/27/2003) |
|---|---|---|
| 03/26/2003 | | Case reopened per DI #113. (afb) (Entered: 04/03/2003) |
| 04/08/2003 | 115 | Unopposed MOTION by Nomos Corporation with Proposed Order to Extend Time to respond to Defts.' Motion (DI #113) until 04/15/03 re: [115-1] motion (afb) (Entered: 04/09/2003) |
| 04/09/2003 | | So Ordered granting [115-1] motion to Extend Time to respond to Defts.' Motion (DI #113) until 04/15/03 ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (afb) (Entered: 04/10/2003) |
| 04/09/2003 | | Deadline updated; reset Answer Brief Deadline to 4/15/03 re: [113-1] motion to have this Case Declared Exceptional under 35 U.S.C. 285 per DI #115. (afb) (Entered: 04/10/2003) |
| 04/15/2003 | 116 | MOTION by Nomos Corporation with Proposed Order for Leave to Tender Infringement Opn. for In Camera Review and Brf. in Support Answer Brief due 4/29/03 re: [116-1] motion (afb) (Entered: 04/17/2003) |
| 04/15/2003 | 117 | Opening Brief Filed by Nomos Corporation in supp. of [116-1] motion for Leave to Tender Infringement Opn. for In Camera Review and Brf. in Support - Answer Brief due 4/29/03 (SEALED) (afb) (Entered: 04/17/2003) |
| 04/17/2003 | 118 | NOTICE OF APPEAL to the USCA for the Federal Circuit by Nomos Corporation. Time: 4:05 p.m. Fee Status: TPO Federal, receipt #134049. (afb) (Entered: 04/21/2003) |
| 04/22/2003 | 119 | STIPULATION with proposed order that the time for the Deft. to file its reply brf. in supp. of its Motion to Have This Case Declared Exceptional shall be ext. to 04/29/03. (afb) Modified on 04/24/2003 (Entered: 04/23/2003) |
| 04/25/2003 | | So Ordered granting [119-1] stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (afb) (Entered: 04/30/2003) |
| 04/25/2003 | | Deadline updated; reset Reply Brief Deadline to 4/29/03 re: Deft.'s [113-1] motion to have this Case Declared Exceptional under 35 U.S.C. 285 per DI #119. (afb) (Entered: 04/30/2003) |
| 04/29/2003 | | Notice of appeal and certified copy of docket to Federal Ciruit Court of Appeals: [118-1] appeal by Nomos Corporation (els) (Entered: 04/29/2003) |
| 04/29/2003 | | Copies to the Honorable Joseph J. Farnan,Jr., Court Reporters, Harold Pezzner and MaryEllen Noreika. (els) Modified on 04/29/2003 (Entered: 04/29/2003) |
| 04/29/2003 | 120 | Answer Brief Filed by BrainLAB USA Inc., BrainLAB Inc. in opp. to [116-1] motion for Leave to Tender Infringement Opn. for In Camera Review and Brf. in Support - Reply Brief due 5/6/03. (afb) (Entered: |