OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: menefiling@mnat.com

RE: *Nomos Corporation, v. BrainLAB USA Inc.*
    Civ. No.: 98-788 JJF

Dear Counsel:

       Pursuant to the Order entered on 8/11/06  by Judge Joseph J.
Farnan, Jr., the following documents are herewith being returned to
you:

ITEMS:      ~~48,~~ 54, 66, and 82.

       A copy of the signed acknowledgment has been attached for your
records.

                                   Sincerely,

                                   Peter T. Dalleo, Clerk

                                   By: _____

I hereby acknowledge receipt of the above mentioned documents

on  8/16/06        .
                                   Signature