OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Harold Pezzner
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: hp@cblhlaw.com

RE:  Nomos Corporation, v. BrainLAB USA Inc.
     Civ. No.: 98-788 JJF

Dear Counsel:

   Pursuant to the Order entered on 8/11/06 by Judge Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:    40, 46, 50, 53, 98, and 117.

   A copy of the signed acknowledgment has been attached for your records.

                                  Sincerely,

                                  Peter T. Dalleo, Clerk

                                  By: _____

   I hereby acknowledge receipt of the above mentioned documents
on _____8/21/06_____.

                        Signature _____