OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 21, 2006

Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: menefiling@mnat.com

RE: *Nomos Corporation, v. BrainLAB USA Inc.*
    Civ. No.: 98-788 JJF

Dear Counsel:

   Pursuant to the Order entered on 8/11/06 by Judge Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:   75 and 81.

   A copy of the signed acknowledgment has been attached for your records.

                                            Sincerely,

                                            Peter T. Dalleo, Clerk

                                            By: *Evette Wales*

   I hereby acknowledge receipt of the above mentioned documents on ___AUG 2 1 2006___.

                                            _____
                                            Signature